# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD B. TABISH,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:09-cv-00156-RCJ-RJJ<br><br>**ORDER** |

On April 2, 2010, the court stayed and administratively closed this 28 U.S.C. § 2254 habeas action pending petitioner's exhaustion of his unexhausted claims (ECF #21). Before the court is respondents' motion to substitute party (ECF #23). The motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion to substitute party (ECF #23) is **GRANTED**. The Clerk shall substitute Adam Paul Laxalt for and in place of respondent Catherine Cortez Masto.

Dated: This 24th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE